# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **DUKE ENERGY OHIO, INC., and** | : | **Case No. 1:07 CV 453** |
| **CINERGY RISK SOLUTIONS, LTD** | : | |
| | : | **Judge S. Arthur Spiegel** |
| **Plaintiffs,** | : | |
| | : | **STIPULATED DISMISSAL** |
| **v.** | : | |
| | : | |
| **ABB, INC.** | : | |
| | : | |
| **Defendant.** | : | |

The parties stipulate to a dismissal of the lawsuit without prejudice.


/s/ Gary M. Glass  
Amy B. Spiller (0047277)  
Ann K. Schooley (0070579)  
139 E. Fourth Street, 25 AT II  
Cincinnati, Ohio 45202  
Phone: (513) 287-2094  
Fax: (513) 287-3612  
E-mail: amy.spiller@duke-energy.com  

and

Gary M. Glass (0042417)  
THOMPSON HINE LLP  
312 Walnut Street, 14th Floor  
Cincinnati, Ohio 45202-4089  
Phone: (513) 352-6700  
Fax: (513) 241-4771  
E-Mail: Gary.Glass@ThompsonHine.com  

Attorneys for Plaintiffs  
Duke Energy Ohio, Inc. and  
Cinergy Risk Solutions, Ltd.

/s/ Dennis M. Goebel  
Joseph E Conley, Jr. (012698)  
Buechel & Conley  
25 Crestview Hills Mall Road  
Suite 104  
Covington, KY 41017  
Phone:  (859) 578-6604  
Fax: (859) 578-6609  
E-mail: jconley@buechelconley.com  

and

Dennis M. Goebel  
Harvey Kruse  
1050 Wilshire Drive, Suite 320  
Troy, MI 48084-1526  
Phone:  (248) 649-7800  
Fax:  (248) 649-2316  
E-mail: dgoebel@harveykurse.com  

Attorneys for Defendant  
ABB, Inc.

677305.1